IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JOHNSON, | ) | 8:12CV372 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON APPLICATION** |
| v. | ) | **TO PROCEED IN DISTRICT** |
| | ) | **COURT WITHOUT PREPAYING** |
| MILLARD PUBLIC SCHOOL, | ) | **FEES OR COSTS** |
| | ) | |
| Defendant. | ) | |

The plaintiff, Michael Johnson ("Johnson"), a non-prisoner, filed an Application to Proceed in District Court without Prepaying Fees or Costs. (Filing No. 2.) Upon review of Johnson's motion, I find that Johnson is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

Dated November 20, 2012.

BY THE COURT

*/s/ Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge