IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JOHNSON, | ) | 8:12CV372 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MILLARD PUBLIC SCHOOL, | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On January 14, 2013, I found that after an initial review of the plaintiff's complaint the complaint failed to state a claim upon which relief may be granted. (Filing No. 6.) I gave the plaintiff, Michael Johnson ("Johnson") the opportunity to amend his claims, but warned Johnson that if he failed to amend his complaint within 30 days, his complaint would "be dismissed without further notice for failure to state a claim upon which relief may be granted." (*Id.* at CM/ECF p. 3.) Johnson failed to file an amended complaint. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Johnson's Complaint is dismissed without prejudice because it fails to state a claim upon which relief may be granted.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated March 27, 2013.

BY THE COURT

*/s/ Warren K. Urbom*
_____

Warren K. Urbom
United States Senior District Judge